UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
21-10350-LTS

UNITED STATES OF AMERICA

v.

HENRY VUONG

**MEMORANDUM AND ORDER OF DETENTION**

December 21, 2021

DEIN, M.J.

The defendant is charged in an indictment with conspiracy to distribute and to possess with intent to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. § 846, distribution of and possession with intent to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) and possession of a firearm in furtherance of a drug trafficking offence in violation of 18 U.S.C. § 922(g)(1).   An initial appearance was held remotely on December 14, 2021, at which time the government moved for detention pursuant to 18 U.S.C. §§ 3142(f)(1)(B) & (C) and (f)(2)(A) & (B) on the grounds that the defendant poses a danger to the community and a serious risk of flight.   The defendant was represented by counsel.

A detention hearing was held on December 21, 2021.   At that time the defendant, through counsel, notified the court that the defendant consents to the entry of an order of detention, pending release to an in-patient drug treatment facility.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a further hearing to consider the issue of pretrial detention, regardless whether there have been changed circumstances.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge