UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
_____

NO. 21-CR-10350-LTS
_____

UNITED STATES

v.

HENRY VUONG
_____

**DEFENDANT'S STATUS REPORT**

The defendant Henry Vuong, by his counsel, submits this status report to aid the Court in setting a trial date.  Undersigned counsel is standing in for Peter Parker, who represents Tony Nguyen, and Ian Gold, who represents Robert Ostrander, both of whom are on vacation.

Mr. Vuong is indifferent as to when the Court sets a trial date.

Mr. Parker can try the case starting on December 12 or after March 27.

Mr. Gold has a three-week trial in January 2023, and a two-week trial in early June. Otherwise, he is available.

                                                 Respectfully submitted
                                                 The defendant Henry Vuong
                                                 By his attorney

                                               /s/ Charles W. Rankin
                                               _____
                                               Charles W. Rankin
                                               BBO 411780
                                               Rankin & Sultan
                                               1666 Massachusetts Ave., Suite 16
                                               Lexington, MA 02420
                                               (617-720-0011
                                               crankin@rankin-sultan.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the Electronic Filing System (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on June 30, 2022.

                                                /s/Charles W. Rankin
                                                Charles W. Rankin